THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
DEE R. EDGEWORTH
Cal. Bar No. 103301
Special Assistant United States Attorneys
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (909) 891-3301
     Facsimile:  (909) 891-3626
     E-Mail: dedgeworth@da.sbcounty.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION          BY DEPUTY

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
OCT 1 7 2008
CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

Entered

JS-6

Scan Only

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. ED CV 08-00322 SGL (OPx) |
| | ) | |
| Plaintiff, | ) | CONSENT JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| A 2005 GMC HUMMER H2 SPORTS UTILITY TRUCK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS on March 10, 2008, plaintiff United States of America (the "government") filed this forfeiture action against the defendant A 2005 GMC Hummer H2 Sports Utility Truck (the "defendant"),

WHEREAS the government has caused process to be served on the defendant, notice to be published, and claim letters to be served,

WHEREAS potential claimant Virginia Alvarez ("claimant

Alvarez") claims interest in the defendant,

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states claims for relief pursuant to 21 U.S.C. § 881(a)(4)&(6).

3.   Notice of this action has been given as required by law. No appearance has been made in this action by any person.   The Court deems that all potential claimants other than claimant Alvarez admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4.   The defendant is forfeited to the government, and no other right, title, or interest shall exist therein.   The government shall dispose of the defendant according to law.

5.   Claimant Alvarez hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug Enforce Administration, and any of the foregoing's employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant, arising out of or related to this action.   The claimant represents

1   and agrees that she has not assigned and is the rightful owner of

2   such claims, causes of action and rights.

3       6.   The Court finds that there was reasonable cause for the

4   recording of a lis pendens against the defendant and institution of

5   these proceedings.  This judgment shall be construed

6   as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7       7.   The parties shall each bear their own attorney's fees and

8   other costs and expenses of litigation.

9

10  DATED: 10/22/2008                           _____
                                                UNITED STATES DISTRICT JUDGE
11

12                          CONSENT

13      The parties consent to judgment and waive any right of appeal.

14  DATED: 10/16 , 2008      THOMAS P. O'BRIEN
                             United States Attorney
15
                             CHRISTINE C. EWELL
16                           Assistant United States Attorney

17                           Chief, Criminal Division
                             STEVEN R. WELK
18                           Assistant United States Attorney
                             Chief, Asset Forfeiture Section
19

20                           _____
                             DEE R. EDGEWORTH
21                           Special Assistant United States Attorney

22                           Attorneys for Plaintiff
                             UNITED STATES OF AMERICA
23

24  DATED: 8/12 , 2008       _____
25                           VIRGINIA ALVAREZ
26

27

28

                                   3